AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS ANNUITY FUND

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CA 06 82S

RAYMOND MARTIN d/b/a
R. MARTIN & SONS and
RHONDA L. MARTIN

TO: (Name and address of defendant)

Raymond Martin d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg, Esquire
Goldberg Law Offices
226 Cottage Street, PO Box 557
Pawtucket, RI 02860
Tel: (401) 728-1510

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/21/06

Barbara Barletta
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-23-06 |
| NAME OF SERVER *(PRINT)* Kenneth Guilfoyle | TITLE State Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 24 Esquire Ave. Warwick, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-06
Date

Kenneth Guilfoyle
Signature of Server

PO Box 1141 E.G. R.I.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.