Answer to Complaint

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 2006- 82 T

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

## COMPLAINT

1. This Court has jurisdiction of this action under the Employee Retirement Income Security Act (ERISA), USC 1001 et seq., specifically 29 USC, Section 1132, and the Labor Management Relations Act, Section 301, 29 USC Section 185 (a) and (c). Agree

2. Venue in the District Court of Rhode Island is proper in that Plaintiffs are seeking enforcement of an agreement entered into by Defendant in Rhode Island, and all parties conduct business within the District of Rhode Island. Agree

3. Local Union No. 17 of Sheet Metal Workers' International Association hereinafter referred to as "the Union," is a labor organization within the meaning of the National Labor Relations Act, Section 2(5), USC 152(5). Union is a duly organized and recognized employee organization under 29 USC 1002(4). Agree

4. Plaintiff, Trustees of the Local Union No. 17 Sheet Metal Workers' Annuity Fund, is a fiduciary duly appointed to oversee the administration of a multi-employer plan established under Section 302 of the Labor Management Relations Act for the purpose of providing benefits for employees covered by collective bargaining agreements negotiated by the Local Union No. 17 of the Sheet Metal Workers' International Association or by its affiliated local unions. Plaintiff Fund is a duly organized and recognized trust fund under 29 USC 1002(1). A copy of the Annuity Income Fund Trust Agreement is attached hereto and marked Exhibit A. Agree

5. The offices of the Plaintiff Fund are located at 200 Midway Road Cranston, RI.