# AFFIDAVIT AS TO MILITARY SERVICE AND COMPETENCY

The undersigned, being duly sworn, upon oath deposes and says:

That the Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, were not at the time of the commencement of the above-entitled action, nor now in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor an infant or an incompetent.

[signature]
Thomas D. Goldberg #2076

Subscribed and sworn to before me at Pawtucket on this 10th day of April, A.D. 2006.

[signature]
Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2006

## ENTRY OF DEFAULT

It appearing that the Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, in the above-entitled action, have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

**DEFAULT** is hereby entered for the Plaintiff and against said Defendant this ______ day of ______________, A.D. 2006.

______________________________
CLERK

# AFFIDAVIT

The undersigned, being duly sworn upon oath hereby deposes and says:

That he is the duly authorized agent of the Plaintiffs and their attorney of record and has personal knowledge of the facts set forth in this affidavit;

That the Plaintiffs herein on the 21st day of February 2006 filed in this action its complaint against the Defendants herein;

That examination of the court files and records in this action shows that the Defendants herein was duly served with a copy of the summons together with a copy of the Plaintiffs' complaint;

That more than twenty (20) days have elapsed since service of the summons and complaint;

That the Defendants herein have failed to plead or otherwise defend as to Plaintiffs' complaint; and

That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Rhode Island Superior Court Rules of Civil Procedure for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the Defendants herein for their failure to plead or otherwise defend as to the Plaintiffs' complaint.

Thomas D. Goldberg #2076

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Pawtucket on this 10th day of April, A.D. 2006.

Rosa Maria Rocha

Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2006