UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRUSTEES OF THE LOCAL UNION
NO. 17 SHEET METAL WORKERS'
ANNUITY FUND

vs. C.A. No. 06-82S

RAYMOND MARTIN d/b/a
R. MARTIN & SONS and
RHONDA L. MARTIN

**ORDER**

The default which was entered by the Clerk on April 12, 2006 (Document #7), is hereby vacated because the Application to Clerk for Entry of Default and Affidavit in support thereof (Document #5 and #6) lack the certification required by DRI LR Cv 55(a).

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 4/20/06