# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF RHODE ISLAND

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

## MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO RULE 55

Now comes Plaintiff in the above-entitled cause and represents that Defendants have failed to answer in accordance with the attached affidavit.

**WHEREFORE** Plaintiffs move for entry of default judgment. Plaintiffs pray that this matter be set down for such time as this Honorable Court deems fit.

PLAINTIFFS
By their Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355