**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

**AFFIDAVIT**

The undersigned, being duly sworn upon oath hereby deposes and says:

That he is the duly authorized agent of the Plaintiffs and their attorney of record and has personal knowledge of the facts set forth in this affidavit;

That the Plaintiffs herein on the 21st day of February 2006 filed in this action its complaint against the Defendants herein;

That examination of the court files and records in this action shows that the Defendants herein was duly served with a copy of the summons together with a copy of the Plaintiffs' complaint;

That more than twenty (20) days have elapsed since service of the summons and complaint;

That the Defendants herein have failed to plead or otherwise defend as to Plaintiffs' complaint; and

That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Rhode Island Superior Court Rules of Civil Procedure for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the Defendants herein for their failure to plead or otherwise defend as to the Plaintiffs' complaint.

Thomas D. Goldberg #2076

Subscribed and sworn to before me at Pawtucket on this 27th day of APRIL, 2006.

Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

**AFFIDAVIT AS TO MILITARY SERVICE AND COMPETENCY**

The undersigned, being duly sworn, upon oath deposes and says:

That the Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, were not at the time of the commencement of the above-entitled action, nor now in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor an infant or an incompetent.

Thomas D. Goldberg #2076

Subscribed and sworn to before me at Pawtucket on this 27th day of APRIL. 2006.

Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2006

**CERTIFICATION**

I hereby certify that on the 27th day of April 2006, I mailed a true copy of the within *Plaintiffs' Motion for Entry of Default Pursuant to Rule 55 and Affidavits*, via certified mail and first class mail, postage prepaid, to:

Raymond Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4543 0004**

Rhonda L. Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4542 9992**

Rosemarie Rocha

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☐ No

3. Service Type

☒ Certified Mail ☐ Express Mail

☐ Registered ☐ Return Receipt for Merchandise

☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

■ ... Restricted Delivery is desired.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

2. 7003 2260 0004 4543 0004

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7003 2260 0004 4543 0004

7003 2260 0004 4543 0004

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Raymond Martin

Street, Apt. No.; or PO Box No. 24 Esquire Avenue

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

THIS SECTION

item 4 if Restricted Delivery is desired.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

2. 7003 2260 0004 4543 0004

PS Form 3811, February 2004 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

B. Rec

D. Is de

If YE

3. Servi

☒ Ce

☐ Re

☐ Ins

4. Restri

7003 2260 0004 4543 0004

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

PAWTUCKET RI 0286

APR 27 2006

Clerk: KRPBG9

04/27/06

USPS

Sent To Raymond Martin

Street, Apt. No.; or PO Box No. 24 Esquire Avenue

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2 7003 2260 0004 4542 9992

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7003 2260 0004 4542 9992

7003 2260 0004 4542 9992

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To Rhonda L. Martin
Street, Apt. No.; or PO Box No. 24 Esquire Avenue
City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

2 7003 2260 0004 4542 9992

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

3. ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7003 2260 0004 4542 9992

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

Postage $ 0.63
Certified Fee 2.40
Return Reciept Fee (Endorsement Required) 1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Postmark Here
PAWTUCKET RI 02860
APR 27 2006
USPS
04/27/06

Sent To Rhonda L. Martin
Street, Apt. No.; or PO Box No. 24 Esquire Avenue
City, State, ZIP+4 Warwick, RI 02889
PS Form 3800, June 2002 See Reverse for Instructions