FILED
MAY 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above-entitled action pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the Plaintiff and the following Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, for failure of said Defendants to plead or otherwise defend.

Said failure of Defendants to plead or otherwise defend is set forth in the affidavit immediately following this application.

PLAINTIFF,

By ______________ its attorney
Thomas D. Goldberg #2076

## CERTIFICATION

I hereby certify that on the 26th day of May 2006, I mailed a true copy of the within *Plaintiffs' Application to Clerk for Entry of Default Pursuant to Rule 55(a) and Affidavits*, via certified mail and first class mail, postage prepaid, to:

Raymond Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4542 9916**

Rhonda L. Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4542 9923**