**AFFIDAVIT**

The undersigned, being duly sworn upon oath hereby deposes and says:

That he is the duly authorized agent of the Plaintiffs and their attorney of record and has personal knowledge of the facts set forth in this affidavit;

That the Plaintiffs herein on the 21st day of February 2006 filed in this action its complaint against the Defendants herein;

That examination of the court files and records in this action shows that the Defendants herein was duly served with a copy of the summons together with a copy of the Plaintiffs' complaint;

That more than twenty (20) days have elapsed since service of the summons and complaint;

That the Defendants herein have failed to plead or otherwise defend as to Plaintiffs' complaint; and

That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Rhode Island Superior Court Rules of Civil Procedure for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the Defendants herein for their failure to plead or otherwise defend as to the Plaintiffs' complaint.

Thomas D. Goldberg #2076

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Pawtucket on this 26th day of MAY 2006.

Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2010

**AFFIDAVIT AS TO MILITARY SERVICE AND COMPETENCY**

The undersigned, being duly sworn, upon oath deposes and says:

That the Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, were not at the time of the commencement of the above-entitled action, nor now in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor an infant or an incompetent.

[signature]
Thomas D. Goldberg #2076

Subscribed and sworn to before me at Pawtucket on this 26th day of MAY 2006.

[signature]
Notary Public: Rosa Maria Rocha
My Commission Expires: 05/08/2010

**ENTRY OF DEFAULT**

It appearing that the Defendants, RAYMOND MARTIN d/b/a R. MARTIN & SONS and RHONDA L. MARTIN, in the above-entitled action, have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

**DEFAULT** is hereby entered for the Plaintiff and against said Defendant this ______ day of ______________, 2006.

______________________
CLERK

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

*COMPLETE THIS SECTION ON*

A. Signature

X

B. Received by (*Printed Name*)

D. Is delivery address different fron
If YES, enter delivery address b

3. Service Type
XX Certified Mail ☐ Express
☐ Registered ☐ Return R
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)

2 7003 2260 0004 4542 9916

PS Form 3811, February 2004 Domestic Return Receipt

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 5/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2 7003 2260 0004 4542 9916

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7003 2260 0004 4542 9916

7003 2260 0004 4542 9916

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Raymond Martin
*Street, Apt. No.; or PO Box No.* d/b/a R. Martin & Sons
24 Esquire Avenue
*City, State, ZIP+4* Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4542 9916

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

UNIT ID: 0860

Postmark Here

Clerk: VKHPSB

05/26/06

*Sent To* Raymond Martin
*Street, Apt. No.; or PO Box No.* d/b/a R. Martin & Sons
24 Esquire Avenue
*City, State, ZIP+4* Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7003 2260 0004 4542 9923

7003 2260 0004 4542 9923

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Rhonda L. Martin

Street, Apt. No.; or PO Box No. d/b/a R. Martin & Sons

~~24 Esquire Avenue~~

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4542 9923

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

UNIT ID: 0860

Postmark Here

Clerk: VKHPSB

05/26/06

Sent To Rhonda L. Martin

Street, Apt. No.; or PO Box No. d/b/a R. Martin & Sons

~~24 Esquire Avenue~~

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avneue
Warwick, RI 02889

*COMPLETE THIS SECTION ON D…*

A. Signature

X

B. Received by (*Printed Name*)

D. Is delivery address different from…
If YES, enter delivery address b…

3. Service Type
XXX Certified Mail ☐ Express…
☐ Registered ☐ Return…
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)

2. 7003 2260 0004 4542 9923

PS Form 3811, February 2004 Domestic Return Receipt

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avneue
Warwick, RI 02889

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 5/27/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XXX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. 7003 2260 0004 4542 9923

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540