**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS and :
RHONDA L. MARTIN :

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**PURSUANT TO RULE 55(b)(1) BY THE CLERK**

Now come the Plaintiffs pursuant to Rule 55(b)(1) and move for entry of default judgment by the Clerk. Plaintiffs represent that pursuant to the attached affidavits, Defendants owe the sum certain of $60,883.60 to Plaintiffs, plus a reasonable attorney fee of $2,816.78 for a total of $63,700.38.

**WHEREFORE** Plaintiffs move for entry of default judgment by the Clerk in the amount of $63,700.38.

PLAINTIFFS
By their Attorney,

Robert D. Goldberg #1733
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355