**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' ANNUITY FUND :

v. : C.A. NO: 06-82 S

RAYMOND MARTIN d/b/a R. MARTIN & SONS :
and RHONDA L. MARTIN :

**AFFIDAVIT OF DONALD LAVIN**

I, Donald Lavin, being duly sworn on oath depose and say as follows:

1. I am the administrator and bookkeeper for the Plaintiff, TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' ANNUITY FUND.

2. Pursuant to the collective bargaining agreement the Defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, were obligated to make contributions for each employee covered by The Local Union 17 to Plaintiff Annuity Fund.

3. Defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, failed and refused to make said contributions as agreed.

4. Defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, owe the Plaintiff Annuity Fund the sum of $60,883.60 as of February 20, 2006.

5. Defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, have no counterclaim, defense or set off to the amounts owed to the respective funds.

6. Defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, have been defaulted for failure to appear and are not infants or incompetent persons.

Donald Lavin
DONALD LAVIN

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 12 day of June, 2006.

Elizabeth F. Pacheco
NOTARY PUBLIC
My Commission Expires: 5/24/09