**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL UNION NO. 17<br>SHEET METAL WORKERS' ANNUITY FUND | : <br>: | |
| v. | : | C.A. NO: 06-82 S |
| RAYMOND MARTIN d/b/a<br>R. MARTIN & SONS and<br>RHONDA L. MARTIN | :<br>:<br>: | |

**AFFIDAVIT**

I, Robert D. Goldberg, being duly sworn on oath depose and say:

1. I am duly licensed to practice law in the State of Rhode Island and have been continuously engaged in the practice since 1976.

2. The customary hourly billing rate for Goldberg Law Offices is $250.00 per hour.

3. Goldberg Law Offices have performed the services as set forth in the attached statement, which I deem to be reasonable and necessary.

ROBERT D. GOLDBERG

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Pawtucket on this 14th day of JUNE 2006.

NOTARY PUBLIC: Rosa Maria Rocha
My Commission Expires: 5/08/2010