# Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202


**RE: TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' ANNUITY FUND**
**VS: RAYMOND MARTIN d/b/a R. Martin & Sons and RHONDA L. MARTIN**
**U.S. District Court No: 06-82 S**

| DATE | FUNCTION | TIME |
|---|---|---|
| 2.16.06 | Review of File re: new DRAFT complaint for Trustees Annuity Fund | 1.5 |
| 2.20.06 | Review of File; Preparation of new Complaint re: Annuity Fund/add wife | 2.0 |
| 2.21.06 | File New Complaint w/Clerk of U.S. District Court | .25 |
| 4.6.06 | MSJ CONFERENCE @ U.S. DISTRICT COURT [Judge Smith] | 1.25 |
| 4.10.06 | Preparation of Application to Clerk for Entry of Default re: 06-82S | .50 |
| 4.13.06 | MEETING W/THE TRUSTEES re: status of case | .50 |
| 4.21.06 | Receipt of Order from Federal Court re: incorrect Default application | 0 |
| 4.27.06 | Review of File; Preparation of "Motion for Entry of Default Judgment Pursuant to Rule 55 w/Affidavit of 'non-answer of complaint' and Affidavit of Military Service"- forward to Raymond & Rhonda Martin via certified mail | .75 |
| 5.2.06 | Forward original Motion w/certified receipts to Federal Clerk | .25 |
| 5.10.06 | Phone Call from Federal Court re: incorrect Default motion- redo | 0 |
| 5.16.06 | Preparation of "Entry of Default Judgment by the Clerk Pursuant to Rule 55(a) w/Affidavit of 'non-answer of complaint' and Affidavit of Military Service"- forward to Raymond & Rhonda Martin via certified mail | .50 |
| 5.22.06 | Forward original Motion w/certified receipts to Federal Clerk | .25 |
| 5.24.06 | Phone Calls from Federal Court re: incorrect Default motion- redo | 0 |
| 5.26.06 | Preparation of 2nd Application to Clerk for Entry of Default- forward to Raymond & Rhonda Martin via certified mail | .50 |
| 5.30.06 | Forward original Application w/certified receipts to Federal Clerk | .25 |
| 6.9.06 | Review of File; Phone Conference w/Donald Lavin re: figures owed to Annuity fund; Preparation of AFFIDAVIT for Donald Lavin's signature | .50 |
| 6.14.06 | Review of File; Research; Preparation of "Motion for Entry of Default Judgment Pursuant to Rule 55(b)(1) by the Clerk" w/attached Affidavit of Donald Lavin and Affidavit of Robert D. Goldberg for attorney fees | .75 |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | **9.75** |

<u>Total Hours</u>

| | | |
|---|---|---|
| 9.75 HRS @ $250.00 PER HOUR | = | 2,437.50 |

<u>Out of Pocket Costs</u>

| | | |
|---|---|---|
| 5/26/06 | U.S.P.S.- (2) certified mail to Martins re: Default | 9.76 |
| 5/16/06 | U.S.P.S.- (2) certified mail to Martins re: Default | 9.76 |
| 4/27/06 | U.S.P.S.- (2) certified mail to Martins re: Default | 9.76 |
| 3/02/06 | Constable Guilfoyle- Service of (2) Summons Fee | 100.00 |
| 2/20/06 | Clerk of U.S. District Court- Complaint Fee (06-82T) | 250.00 |
| | | 379.28 |

| | |
|---|---|
| **BALANCE DUE AND OWING** | **$2,816.78** |

7003 2260 0004 4542 9916

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0860 |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VKHPSB |
| Total Postage & Fees | $ 4.88 | 05/26/06 |

Sent To: Raymond Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
~~24 Esquire Avenue~~
City, State, ZIP+4: Warwick, RI 02889

PS Form 3800, June 2002 — See Reverse for Instructions

7003 2260 0004 4542 9923

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0860 |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VKHPSB |
| Total Postage & Fees | $ 4.88 | 05/26/06 |

Sent To: Rhonda L. Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
~~24 Esquire Avenue~~
City, State, ZIP+4: Warwick, RI 02889

PS Form 3800, June 2002 — See Reverse for Instructions

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
PAWTUCKET MPO
PAWTUCKET, RI 02860-9998
05/26/06 10:35AM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 2 |
| Wkstn | sys5001 | Cashier | VKHPSB |
| Cashier's Name | STEDROY | | |
| Stock Unit Id | WINROY | | |
| PO Phone Number | 8002758777 | | |
| USPS # | 4371430860 | | |

1. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445429916
   Rtn Recpt (Green Card) 1.85
2. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445429923
   Rtn Recpt (Green Card) 1.85

Subtotal 9.76
Total 9.76

Cash 20.00
Change Due Cash 10.24

Number of Items Sold: 2

Make shipping a snap.
Use online Click-N-Ship service.
Ship packages from your home or office
all online. Request a carrier pickup
and we'll take it from there.

7003 2260 0004 4542 9961

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | | |
|---|---|---|
| Postage | $ | 0.63 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

PAWTUCKET, RI 02860 UNIT ID: 0858 MAY 16 2006 Postmark Here Clerk: KRPBG9 05/16/06 USPS

Sent To: Raymond Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
City, State, ZIP+4: ~~24 Esquire Avenue~~ Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4542 9978

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | | |
|---|---|---|
| Postage | $ | 0.63 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

PAWTUCKET, RI 02860 UNIT ID: 0858 MAY 16 2006 Postmark Here Clerk: KRPBG9 05/16/06 USPS

Sent To: Rhonda L. Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
City, State, ZIP+4: ~~24 Esquire Avenue~~ Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
PAWTUCKET MPO
PAWTUCKET, RI 02860-9998
05/16/06 08:45AM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 6 |
| Wkstn | sys5003 | Cashier | KRPBG9 |
| Cashier's Name | JOYCE | | |
| Stock Unit Id | WINJOYCE | | |
| PO Phone Number | 8002758777 | | |
| USPS # | 4371430860 | | |

1. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445429978
   Rtn Recpt (Green Card) 1.85
2. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445429961
   Rtn Recpt (Green Card) 1.85

Subtotal 9.76
Total 9.76

Cash 20.00
Change Due
Cash 10.24

Number of Items Sold: 2

Make shipping a snap.
Use online Click-N-Ship service.
Ship packages from your home or office
all online. Request a carrier pickup
and we'll take it from there.

7003 2260 0004 4543 0004

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here: PAWTUCKET RI 02860 — APR 27 2006 — Clerk: KRPBG9 — 04/27/06 — USPS

Sent To: Raymond Martin
Street, Apt. No.; or PO Box No.: 24 Esquire Avenue
City, State, ZIP+4: Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4542 9992

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here: PAWTUCKET RI 02860 — APR 27 2006 — Clerk: KRPBG9 — 04/27/06 — USPS

Sent To: Rhonda L. Martin
Street, Apt. No.; or PO Box No.: 24 Esquire Avenue
City, State, ZIP+4: Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
PAWTUCKET MPO
PAWTUCKET, RI 02860-9998
04/27/06 03:13PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 82 |
| Wkstn | sys5003 | Cashier | KRPBG9 |
| Cashier's Name | | JOYCE | |
| Stock Unit Id | | WINJOYCE | |
| PO Phone Number | | 8002758777 | |
| USPS # | | 4371430860 | |

1. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445429992
   Rtn Recpt (Green Card) 1.85
2. First Class 4.88
   Destination: 02889
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 4.88
   Base Rate: 0.63
   SERVICES
   Certified Mail 2.40
   70032260000445430004
   Rtn Recpt (Green Card) 1.85

Subtotal 9.76
Total 9.76

Cash 20.00
Change Due
Cash 10.24

Number of Items Sold: 2

Make shipping a snap.
Use online Click-N-Ship service.
Ship packages from your home or office
all online. Request a carrier pickup
and we'll take it from there.

WestBay Investigation & Associates

PO Box 1111
East Greenwich, RI 02818

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2006 | 48 |

| Bill To |
|---|
| Goldberg Law<br>226 Cottage St.<br>Pawtucket, RI 02862 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| | For service of the following Writs | | |
| Federal Summons | Martin, Rhonda (Local 17) | 50.00 | 50.00 |
| Federal Summons | Martin, Ray (Local 17) | 50.00 | 50.00 |
| Superior Summons | [redacted] | [redacted] | [redacted] |
| Superior Summons | [redacted] | [redacted] | [redacted] |

06-82T

100 00

Security enhanced document. See back for details.

42142

GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

57-1/115 RI
11002

DATE 3-2-06

PAY TO THE ORDER OF Constable Kenneth Guilfoyle $ 100.00

One Hundred and xx/100 DOLLARS

Bank of America

ACH R/T 011500010

FOR Trustees v. Martin et al 06-82T

⑈042142⑈ ⑆011500010⑆ 000063154561⑈

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (401) 885-1166 | (401) 884-2326 | WestBay51@aol.com | WestBayInvestigation.com |

United States Treasury Symbol 4670

Tue Feb 21 11:07:45 2006

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 62543
Cashier bbarlett

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |

Total Amount $ 250.00

GOLDBERG LAW OFFICES, 226 COTTAGE ST., PAWTUCKET, RI

FILING FEE FOR CA 06-082t

cn

GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

42107

57-1/115 RI
11002

DATE 2.20.06

PAY TO THE ORDER OF Clerk of the United States District Court (RI) $ 250.00

Two Hundred Fifty and xx/100 DOLLARS

Bank of America

ACH R/T 011500010

FOR Trustees of Local [illegible] Annuity Fund v. Raymond Martin, Rhonda Martin

⑈042107⑈ ⑆011500010⑆ 000063 1545 56⑈

**CERTIFICATION**

I hereby certify that on the 14th day of June 2006, I mailed a true copy of the within *Plaintiffs' Motion for Entry of Default Judgment by the Clerk Pursuant to Rule 55(b)(1) and Affidavits*, via certified mail and first class mail, postage prepaid, to:

Raymond Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4542 9725**

Rhonda L. Martin
d/b/a R. MARTIN & SONS
24 Esquire Avenue
Warwick, RI 02889

**Via Certified Mail: 7003 2260 0004 4542 9732**

[signature]

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7003 2260 0004 4542 9732

7003 2260 0004 4542 9732

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Rhonda L. Martin

Street, Apt. No.; or PO Box No. d/b/a R. Martin & Sons
~~24 Esquire Avenue~~

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4542 9732

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.87 |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | 2.40 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

UNIT ID: 0102

Postmark Here

PROVIDENCE RI MAIN PO WINDOW UNIT — JUN 14 2006 — USPS

Clerk: KMPGY1

06/14/06

Sent To Rhonda L. Martin

Street, Apt. No.; or PO Box No. d/b/a R. Martin & Sons
~~24 Esquire Avenue~~

City, State, ZIP+4 Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

2. 7003 2260 0004 4542 9732

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Na

D. Is delivery address differe
If YES, enter delivery add

3. Service Type
XX Certified Mail ☐ Ex
☐ Registered ☐ Re
☐ Insured Mail ☐ C.O

4. Restricted Delivery? (Extra

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to ~~the back of~~ the mailpiece, or on the ~~front~~ if space permits.

1. Article Addressed to:

Rhonda L. Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

2. 7003 2260 0004 4542 9732

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CONIMICUT STA WARWICK RI — JUN 22 2006 — USPS

3. Service Type
XX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & Sons
24 Esquire Avenue
Warwick, RI 02889

**COMPLETE THIS SECTION ON D[ELIVERY]**

A. Signature
X

B. Received by (*Printed Name*)

D. Is delivery address different from [item 1?]
If YES, enter delivery address b[elow:]

3. Service Type
XXX Certified Mail ☐ Express [Mail]
☐ Registered ☐ Return R[eceipt for Merchandise]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)

2. 7003 2260 0004 4542 9725

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Martin
d/b/a R. Martin & S[ons]
24 Esquire Avenue
Warwick, RI 02889

CONIMICUT STA WARWICK RI USPS JUN 22 2006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XXX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. [redacted]

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7003 2260 0004 4542 9725

7003 2260 0004 4542 9725

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Raymond Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
City, State, ZIP+4: ~~24 Esquire Avenue~~
Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions

---

7003 2260 0004 4542 9725

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

WARWICK, RI 02889

| | |
|---|---|
| Postage | $ 0.87 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

UNIT ID: 0102

Postmark Here

Clerk: KMPGY1

06/14/06

PROVIDENCE RI MAIN PO ... JUN 14 2006 USPS

Sent To: Raymond Martin
Street, Apt. No.; or PO Box No.: d/b/a R. Martin & Sons
City, State, ZIP+4: ~~24 Esquire Avenue~~
Warwick, RI 02889

PS Form 3800, June 2002 See Reverse for Instructions