UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Trustees of the Local Union No. 17
Sheet Metal Workers' Annuity Fund

v. C.A. No. 06-82S

Raymond Martin d/b/a
R. Martin & Sons and
Rhonda L. Martin

ORDER

The defendants, Raymond Martin d/b/a R. Martin & Sons and Rhonda L. Martin, have filed a bankruptcy petition in the Bankruptcy Court in the District of Rhode Island. Since it is not likely that any further action will develop in this Court for a substantial period of time, there appears to be no reason to maintain the file as an open one for statistical purposes. The Clerk of this Court is instructed to submit a JS-6 form to the Administrative Office of the United States Courts.

Nothing in this Order will be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

/s/ William E. Smith
______________________
William E. Smith
U.S. District Judge

Date: